THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation, <br> Defendant. | NO.   2:22-cv-00688-RSM <br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | National Express Transit Services Corporation |
| Principal Judgment | $1,484.23 |
| Liquidated damages | $296.85 |
| Interest through 7/22/22: | $320.01 |
| Attorney's Fees: | $882.00 |
| Costs: | $481.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Four percent (4%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of

Russell J. Reid and the exhibits thereto, Declaration of Hunter Hughes and the exhibits thereto, in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 315 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declaration of Trust for the audit period October 1, 2013 through December 31, 2018:  for contributions of $1,484.23, for liquidated damages of $296.85, for pre-judgment interest of $320.01, for attorneys' fees of $882.00, and for costs of $481.00; all for a total of $3,464.09.

JUDGMENT ENTERED this 3rd day of August, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By:  _s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff